# Exhibit A

# United States of America

## United States Patent and Trademark Office

# RUNE

**Reg. No. 7,683,087**

**Registered Feb. 11, 2025**

**Int. Cl.: 9, 36, 41**

**Service Mark**

**Trademark**

**Principal Register**

Jagex Limited  (UNITED KINGDOM Limited company)
220 Cambridge Science Park
Cambridge CB4 0WA
UNITED KINGDOM

CLASS 9: apparatus and instruments for conducting, switching, transforming, accumulating, regulating or controlling the distribution or use of electricity; apparatus and instruments for recording, transmitting, reproducing or processing sound, images or data; pre-recorded digital media, namely, downloadable audio and video recordings featuring computer games; downloadable computer software for playing video games; blank digital or analogue recording and storage media; mechanisms for coin-operated apparatus; cash registers, calculating devices; computers and computer peripheral devices; diving suits, divers' masks, ear plugs for divers, nose clips for divers and swimmers, gloves for divers, breathing apparatus for underwater swimming; fire-extinguishing apparatus; sound alarms; apparatus for recording, transmission, processing, and reproduction of sound, images, or data; arm rests for use with computers; audio books in the field of video games; audio discs featuring video games; audio recordings featuring music; downloadable middleware in the nature of authentication software for identifying and authenticating users; protective cases for tablet computers; pre-recorded CDs featuring video games; computer chips containing musical recordings; downloadable CMS software, namely, content management system software for managing digital content; downloadable collaboration management software platforms; downloadable computer software platforms, namely, collaboration software platforms for building, creating and deploying computer applications, mobile applications and web applications; compact discs featuring music; downloadable computer application software for mobile phones featuring games and gaming; computer game discs; downloadable computer game programs; computer game software downloadable from a global computer network; computer game software, downloadable; computer game software, recorded; computer games programmes downloaded via the Internet; downloadable computer gaming software; computer hardware; computer hardware for games and gaming; computer joysticks; computer keyboards; computer mice; computer monitors; computer mouse; downloadable computer programs for user interface design; downloadable computer software for accessing computer networks; downloadable computer software for the administration of on-line games and gaming; downloadable computer software for use in creating and designing websites; downloadable computer software for use in providing multiple user access to a global computer information network; downloadable computer software for wireless content delivery; recorded computer software platforms for social networking; covers for computer keyboards; covers for PDAs; wireless communication devices for voice, data or image transmission using data transmission networks; digital versatile discs, namely, pre-recorded DVDs featuring computer games; downloadable computer



Cole Maga Grant

Acting Director of the United States Patent and Trademark Office



games; downloadable electronic games; downloadable electronic newsletters in the field of gaming; downloadable electronic newsletters in the fields of games and gaming; downloadable electronic publications, namely, magazines, books, manuals and journals in the fields of games and gaming; downloadable electronic newsletters featuring information relating to games and gaming; downloadable interactive entertainment software for playing computer games; downloadable interactive entertainment software for playing video games; downloadable mobile applications for computer gaming and computer game development; downloadable mobile applications featuring games and gaming; downloadable screen-savers, namely, downloadable computer screen saver software and downloadable images for use as screen savers; downloadable software in the nature of a mobile application for playing games; downloadable telephone ring tones; downloadable video game software; downloadable videos featuring music videos; downloadable videos featuring games and gaming; downloadable wallpapers, namely, downloadable image files for use as mobile phone and computer desktop wallpapers; drawing apparatus and instruments adapted for use with computers being computer input devices; DVDs; downloadable electronic books in the field of games and gaming; downloadable facial analysis software; downloadable game development software; downloadable games software for use with video game consoles; downloadable gaming software; downloadable graphical user interface software; hands-free microphones for cell phones; headphones; headsets; headsets for virtual reality games; downloadable interactive entertainment software; downloadable interactive game software; downloadable computer software for use as an application programming interface (API) software; keyboards; laptop bags; protective laptop covers; laptop sleeves; downloadable computer software using artificial intelligence for machine learning and analysis of facial and speech recognition; downloadable computer application software for mobile phones for playing computer games and editing photos; mobile software; motion picture films about computer games; mouse mats; mouse pads being computer peripheral; computer mouses; downloadable operating system programs for smart television; pre-recorded videos featuring games and gaming; real-time collaborative editing (RTCE) platforms being downloadable software; recorded computer game programs; recorded content, namely, visual, audio, sound and audiovisual recordings featuring music, photos, videos, and video games recorded on computer media and digital recorders; recorded content in the nature of video game cartridges featuring games and gaming; downloadable computer software for designing online advertising on websites; downloadable system support software for monitoring computer network systems; training guides in electronic format in the field of computer games, computer game software; blank USB flash drives; blank USB sticks; downloadable video game programs; video recordings featuring video games; downloadable virtual reality computer game software; downloadable virtual reality game software; downloadable web content management (WCM) software; downloadable website development software; wireless headsets for tablets and smartphones; wireless headsets for mobile phones; downloadable computer software, for use as a cryptocurrency wallet; downloadable computer software applications for minting non-fungible tokens (NFTs); downloadable digital image files containing trading cards, artwork, memes authenticated by non-fungible tokens (NFTs); downloadable digital music files authenticated by non-fungible tokens (NFTs); downloadable digital image files of accessories for computer game avatars authenticated by non-fungible tokens (NFTs); downloadable software for generating cryptographic keys for receiving and spending cryptocurrency; encoded cards for use in relation to the electronic transfer of funds, namely, magnetically encoded credit and debit cards; encoded cards for use in relation to the electronic transfer of financial transactions, namely, magnetically encoded credit and debit cards; downloadable digital assets, namely, downloadable video recordings featuring avatars authenticated by non-fungible tokens (NFTs), downloadable photographs authenticated by non-fungible tokens (NFTs), downloadable multimedia files containing videos relating to video games authenticated by non-fungible tokens (NFTs); downloadable software, namely, computer software for accessing and viewing virtual goods in the nature of virtual clothing for use in online virtual environments; downloadable software, namely, computer software for accessing and viewing virtual goods in the nature of virtual bags for use in online virtual environments; downloadable

computer software for use in cryptography; security tokens hardware being encryption devices; downloadable computer software for use in encryption; downloadable computer software for managing cryptocurrency transactions using blockchain technology; downloadable computer software for managing smart contracts using blockchain technology; downloadable computer software for use in data mining; downloadable computer software for use as a digital wallet; downloadable computer e-commerce software to allow users to perform electronic business transactions via a global computer network; parts and fittings for the aforesaid goods

CLASS 36: brokerage of currency in the nature of currency trading; currency exchange and advice; currency exchange services; currency trading; currency transfer services; digital currency trading services; electronic transfer of virtual currencies; exchanging money; financial brokerage services for cryptocurrency trading; financial exchange of virtual currency; financial information services relating to currencies; financial advisory services in relation to digital currencies; on-line brokerage for trading and transactions relating to currency and other financial products, namely, virtual money and cryptocurrency; online financial transactions, namely, providing secure commercial transactions and payment options; on-line real-time currency trading; trading in currencies; virtual currency exchange, namely, financial exchange of virtual currency; virtual currency trading services; virtual currency transfer services; brokerage of currency in the nature of currency trading for the gaming industry; currency exchange and advice for the gaming industry; currency exchange services for the gaming industry; currency trading for the gaming industry; currency transfer services for the gaming industry; digital currency trading services for the gaming industry; electronic transfer of virtual currencies for the gaming industry; exchanging money for the gaming industry; financial affairs for the gaming industry, namely, financial information, management, and analysis services; financial brokerage services for cyptocurrency trading in the gaming industry; financial exchange of virtual currency for the gaming industry; financial information services relating to currencies for the gaming industry; financial services in relation to digital currencies for the gaming industry; monetary affairs for the gaming industry, namely, financial information, management and analysis services; on-line brokerage for trading and transactions relating to currency and other financial products, namely, virtual money and cryptocurrency for the gaming industry; online financial transactions, namely, providing secure commercial transactions and payment options for the gaming industry; on-line real-time currency trading for the gaming industry; trading in currencies for the gaming industry; virtual currency exchange, namely, financial exchange of virtual currency for the gaming industry; electronic transfer of virtual currency for the gaming industry; virtual currency trading services for the gaming industry; virtual currency transfer services for the gaming industry; insurance information; financial consultancy; Financial exchange of crypto assets; issuing prepaid vouchers exchangeable for goods and services in relation to incentive schemes; Financial services, namely, electronic transfer of crypto assets; Financial transactions services, namely, providing secure commercial transactions and payment options via blockchain; information, advisory and consultancy services relating to the aforesaid

CLASS 41: Education services, namely, conducting workshops, classes, programs in the field of computer games, gaming; providing of training in the field of gaming, computer games, developing computer game software; organizing community sporting and cultural activities; amusement arcade game services; arranging and conducting of entertainment events for charitable purposes; arranging and conducting of in-person educational forums in the field of computer game development, video games; arranging and conducting of sports events for charitable purposes; conducting entertainment events relating to electronic games and internet games; development, creation, production, and distribution of digital multimedia and audio and visual content, namely, motion picture films, television programs, radio programs, and multimedia entertainment and educational content; development, creation, production, distribution, and rental of audio and visual recordings; business education services relating to business franchise management relating to the gaming industry; research in the field of

education; electronic video arcade game services; electronic desktop publishing; electronic games services, namely, organization of electronic game competitions; electronic games services provided by means of a global communication network; electronic games services provided by means of the Internet or other communication network; electronic games services provided from a computer database or by means of the internet; entertainment information; entertainment in the nature of video gaming tournaments provided via a global communication network; entertainment in the nature of video gaming competitions provided via a global communication network for the gaming industry; entertainment services, namely, providing online computer games, providing online browser-based video games; entertainment services for the gaming industry, namely, providing online computer games; game services provided by means of communications by computer terminals or mobile telephone; gaming services in the nature of providing online computer games provided online from a computer network or mobile phone network; gaming services in the nature of providing online computer games provided via communication networks; entertainment services, namely, production and distribution of game shows; games equipment rental; entertainment services, namely, providing games offered on-line on a computer network; entertainment services, namely, providing games services provided online from a computer network; entertainment services, namely, providing games via computer networks and global communication networks; gaming services in the nature of conducting online computer game tournaments; rental of equipment for games; providing information relating to computer gaming entertainment provided online from a computer database or a global communication network; interactive entertainment services in the nature of online computer games, computer game tournaments and competitions; interactive entertainment services in the nature of online computer games, computer game tournaments and competitions for the gaming industry; interactive online entertainment services in the nature of online computer games, computer game tournaments and competitions; interactive online entertainment services for the gaming industry in the nature of online computer games, computer game tournaments and competitions; provision of non-downloadable games on the Internet; entertainment services, namely, providing virtual environments in which users can interact for leisure purposes; multimedia publishing of games; multimedia publishing of video games; multimedia publishing relating to books, magazines, journals, software, games, music, and electronic publications; multimedia publishing relating to books, magazines, journals, software, games, music, and electronic publications for the gaming industry; news reporting, namely, news reporter services; Providing online non-downloadable electronic publications in the nature of books, magazines, journals and manuals in the fields of games and gaming; providing on-line computer games; online entertainment services, namely, providing online computer games; online entertainment services for the gaming industry, namely, providing online computer games; on-line game services, namely, providing online computer games; online game services provided via a computer network, namely, providing online computer games; online game services through mobile devices, namely, providing online computer games; online gaming services in the nature of computer game tournaments; organisation of electronic game competitions; organisation of electronic game competitions for the gaming industry; organisation of social events for entertainment purposes; organisation of social events for entertainment purposes for the gaming industry; organisation of games; organisation of games and competitions; organisation of games and competitions for the gaming industry; organising and production of entertainment in the nature of video game tournaments and social entertainment events; production of entertainment television shows and interactive television programs for distribution via audio and visual media, and electronic means; production, presentation and distribution of sound and video recordings; providing an online computer game that may be accessed by users on a global network and/or the internet; providing an online computer game that may be accessed network-wide by network users; providing age ratings for television, movie, music, video and video game content; providing entertainment information; providing entertainment information via a website; providing information in the field of entertainment; providing information to game players about the ranking of their scores of games through web sites; providing interactive multi-player computer games via the

internet and electronic communication networks; providing online newsletters in the field of computer games via e-mail; Entertainment services, namely, providing temporary use of non-downloadable computer games on the Internet; entertainment services, namely, providing temporary use of non-downloadable computer games on the Internet for the gaming industry; providing online computer games; providing online computer games for the gaming industry; providing online entertainment in the nature of computer game tournaments; providing online entertainment in the nature of computer game tournaments for the gaming industry; providing online multiplayer video games; providing online multiplayer video games for the gaming industry; providing online information in the field of computer games entertainment; providing online information in the field of computer games entertainment for the gaming industry; providing online information on computer and video game strategies; providing online information on computer and video game strategies for the gaming industry; providing on-line interactive computer games; providing on-line interactive computer games for the gaming industry; providing online magazines, not downloadable, featuring information in the field of computer games; providing online magazines, not downloadable, featuring information in the fields of computer games and gaming; providing on-line non-downloadable audio recordings featuring games; providing on-line non-downloadable audio recordings featuring games and gaming; providing on-line non-downloadable video recordings featuring games; providing on-line non-downloadable video recordings featuring games and gaming; providing online video games; providing online video games for the gaming industry; providing online videos, not downloadable featuring games and gaming; entertainment services, namely, providing temporary use of online non-downloadable video games; entertainment services, namely, providing temporary use of online non-downloadable computer games featuring games and gaming; provision of an online magazine featuring information in the field of computer games; provision of online computer games by means of local computer networks, global computer networks, the Internet, cable or wire communications services, wireless telecommunications services and broadband telecommunications services; provision of online computer games by means of local computer networks, global computer networks, the Internet, cable or wire communications services, wireless telecommunications services and broadband telecommunications services for the gaming industry; provision of temporary use of non-downloadable electronic games on the Internet; provision of online computer games; provision of online information in the field of computer games entertainment; provision of online information relating to game players; publication of catalogues; publication of catalogues in the fields of games and gaming; publication of educational and training guides; publication of educational and training guides in the fields of games and gaming; publication of multimedia material online in the nature of books, magazines, journals, software, games, music, and electronic publications; publication of periodicals, catalogues and brochures; publication of periodicals, catalogues and brochures in the fields of games and gaming; publishing of newsletters; publishing of newsletters in the fields of games and gaming; rental of computer games; rental of computer games for the gaming industry; arranging and conducting training courses in the field of system analysis; training services relating to computer-aided design; video game services, namely, providing online video games; virtual reality game services provided on-line from a computer network; virtual reality game services provided on-line from a computer network for the gaming industry; teaching in the field of gaming; educational services in the nature of conducting programs and workshops in the field of gaming, video games, video game development; gaming instruction services; organization of exhibitions for cultural or educational purposes; lending libraries; on-line electronic publishing of electronic books and magazines; videotape distribution, namely, distribution of videos in the field of video games; providing on-line videos, not downloadable, in the field of gaming, video games; information, advisory and consultancy services relating to the aforesaid

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY DATE OF 09-29-2023 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1765345 DATED 09-29-2023, EXPIRES 09-29-2033

SER. NO. 79-384,849, FILED 09-29-2023

<div style="border:1px solid black">

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

</div>

**Requirements in the First Ten  Years***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO).  The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO.  To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application  System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.



# United States of America
## United States Patent and Trademark Office

# RS OLD SCHOOL

**Reg. No. 7,458,952**

**Registered Jul. 30, 2024**

**Int. Cl.: 9, 16, 28, 35, 38, 41, 45**

**Service Mark**

**Trademark**

**Principal Register**

Jagex Limited  (UNITED KINGDOM Limited Company)
220 Cambridge Science Park
Cambridge CB4 0WA
UNITED KINGDOM

CLASS 9: blank digital or analogue recording and storage media in relation to computer games and gaming; computers and computer peripheral devices for use in relation to computer games and gaming;downloadableapplication software for wireless devices for use in computer gaming and computer game development in relation to computer games and gaming; arm rests for use with computers; arm rests for use with computers; audio and video recordings featuring computer games and gaming; audio books in the field of computer games and gaming, animation, action, adventure and comedy, or featuring motion picture films, television series, documentaries, game shows, concerts and other performances; blank audio discs; audio recordings featuring music; audio speakers; recorded authentication software for use in relation to computer games and gaming; bags for cameras and photographic equipment; batteries; battery chargers for home video game machines; cases for tablet computers; prerecorded CDs featuring music; cellular telephone cases; cellular telephone covers; prerecorded silicon chips containing musical recordings; recorded CMS software for use in developing a content management system in relation to computer games and gaming; downloadable collaboration management software platforms for use in relation to computer games and gaming; recorded collaboration software platforms for use in relation to computer games and gaming; compact disc players; blank compact discs; downloadable computer application software featuring games and gaming; computer disc drives; computer docking station; computer game discs; downloadable computer game programs; computer game software downloadable from a global computer network; computer game software, downloadable; computer game software, recorded; recorded computer games; recorded computer gaming software; computer hardware for use in relation to computer games and gaming; computer hardware for games and gaming; computer joysticks, other than for video games; computer keyboards; computer mice for use in relation to computer games and gaming; computer monitors for use in relation to computer games and gaming; computer mouse; downloadable computer software programs for user interface design; computer software applications; computer software applications, downloadable for use in computer gaming and computer game development in relation to computer games and gaming; recorded computer software for accessing computer networks for use in relation to computer games and gaming; recorded computer software for the administration of on-line games and gaming; recorded computer software for use in creating and designing websites for use in relation to computer games and gaming; recorded computer software for use in providing multiple user access to a global computer information network for use in relation to computer games and gaming; downloadable computer software for wireless content delivery for use in relation to computer games and gaming; downloadable computer software platforms for use in computer gaming and computer game development in relation to computer games and gaming; downloadable computer software platforms for social networking for use in relation to computer games and gaming; computer software platforms, recorded or



*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



downloadable, for computer gaming and computer game development; covers for computer keyboards; covers for PDAs; desktop computers for use in relation to computer games and gaming; devices for streaming media content over local wireless networks for use in relation to computer games and gaming, animation, action, adventure and comedy, or featuring motion picture films, television series, documentaries, game shows, concerts and other performances; digital audio interface apparatus for use in relation to computer games and gaming; digital audio players for use in relation to computer games and gaming; digital cameras for use in relation to computer games and gaming; digital media, namely, pre-recorded downloadable audio and video recordings, CDs, DVDs, high definition digital discs, MP3 files and MP4 files featuring video games, all before mentioned goods for use in relation to computer games and gaming, animation, action, adventure and comedy, or featuring motion picture films, television series, documentaries, game shows, concerts and other performances; digital picture frames; blank digital versatile discs; digital video and audio players; blank digital video discs; digital video players; computer display monitors for use in relation to computer games and gaming; downloadable computer game programs; downloadable computer games; downloadable electronic games; downloadable electronic newsletters in the fields of games and gaming, animation, action, adventure and comedy, or featuring motion picture films, television series, documentaries, game shows, concerts and other performances; downloadable electronic newsletters in the fields of games and gaming; downloadable electronic publications, namely, books, journals, manuals, magazines in the fields of games and gaming, animation, action, adventure and comedy, or featuring motion picture films, television series, documentaries, game shows, concerts and other performances; downloadable interactive entertainment software for playing computer games; downloadable interactive entertainment software for playing video games; downloadable mobile applications for use in computer gaming and computer game development in relation to computer games and gaming, animation, action, adventure and comedy, or featuring motion picture films, television series, documentaries, game shows, concerts and other performances; downloadable mobile applications featuring games and gaming; downloadable screen-savers; downloadable software applications for mobile phones featuring games and gaming; downloadable software in the nature of a mobile application for playing games; downloadable telephone ring tones; downloadable video game software; downloadable videos featuring computer games; downloadable videos featuring games and gaming; downloadable wallpapers for mobile phones; DVD players; DVD recorders; prerecorded DVDs featuring computer games; downloadable electronic books in the field of computer games and gaming, animation, action, adventure and comedy and featuring motion picture films, television series, documentaries, game shows, concerts and other performances; electronic coding units for use in relation to computer games and gaming; electronic display interfaces for motion simulator platforms for use in relation to computer games and gaming; eyeglass cases; eyeglasses; face plates for cellular telephones; recorded facial analysis software for use in relation to computer games and gaming; recorded game development software; recorded games software for use with video game consoles; downloadable gaming software; downloadable graphical user interface software for use in relation to computer games and gaming; headphones; headsets for use with computers; headsets for virtual reality games; downloadable interactive game software; recorded interface software for use in relation to computer games and gaming; telecommunication apparatus in the form of jewellery; joystick chargers; joysticks adapted for smartphones for use in relation to computer games and gaming; karaoke machines; computer keyboards; laptop bags; protective laptop covers; laptop sleeves; downloadable machine learning software for analysis; downloadable mobile application software featuring games and gaming; mobile phone speakers; recorded mobile software featuring games and gaming; mouse mats; mouse pads being computer peripherals; computer mice; MP3 players; musical recordings; recorded operating system programs for smart television for use in relation to computer games and gaming; peripherals adapted for use with computers and other smart devices for use in relation to computer games and gaming; personal digital assistants; portable tablet computer sleeves; power units being batteries; pre-recorded videos featuring games and gaming; recorded computer software platforms

for real-time collaborative editing (RTCE) in relation to computer games and gaming; recorded computer game programs; recorded software for use in designing online advertising on websites in relation to computer games and gaming; sunglasses; surge protectors; swim masks; swimming goggles; telephone covers; television sets; downloadable training guides in electronic format; blank USB flash drives; blank USB sticks; downloadable video game programs; downloadable video game software; video disc players; video recordings featuring computer games and gaming; downloadable virtual reality computer game software; downloadable virtual reality game software; walkie-talkies; downloadable web content management (WCM) software for use in relation to computer games and gaming; downloadable website development software for use in relation to computer games and gaming; wireless headsets for smart phones; wireless headsets for mobile phones; computer software, recorded for use in relation to computer games and gaming, animation, action, adventure and comedy; pedometers; component parts and fittings for the aforesaid goods

CLASS 16: Paper and cardboard; printed photographs; adhesives for stationery or household purposes; paintbrushes; printed instructional and teaching materials in the field of computer games and gaming; plastic sheets, films and bags for wrapping and packaging; printers' type, printing blocks; 3D wall art made of cardboard; 3D wall art made of paper; 3D decals for use on any surface; art prints; graphic prints and representations; printed advertising posters; book marks; bookends; printed booklets relating to games; canvas art prints; printed computer game instruction manuals; printed computer game strategy guidebooks; decals; printed diaries; display banners made of paper and cardboard; printed events programmes; printed graphic art reproductions; printed greetings cards; printed leaflets in the field of computer gaming; printed magazines in the field of computer games and gaming; printed magazines featuring video and computer games; printed magazines in the fields of games and gaming; printed manuals in the field of software; printed newsletters in the fields of games and gaming; personal organisers; printed daily planners; printed postcards and picture postcards; printed advertisements in the nature of posters; printed books in the field of computer games and gaming; printed calendars; printed note cards; printed promotional material in the nature of printed advertising posters; stickers being decalcomanias; printed strategy guide books for card games; printed strategy guide magazines for card games; printed strategy guide magazines for video games; printed strategy guidebooks for video games; wall decals; printed books featuring fantasy stories; printed books featuring fictional stories; printed books in the fields of games and gaming; printed fantasy books; printed graphic art books; printed graphic novels; printed rule books for playing games; printed video game strategy guidebooks; printed note pads; paper notebooks; paper banners; pencils; pens; stationery cases; desk mats; printed maps; printed wall maps; printed comics; printed comic books; printed comic magazines; printed comic strips

CLASS 28: decorations for Christmas trees; amusement game machines; arcade games; automatic and coin-operatedamusementgames machines; video game machines; automatic arcade gaming machines; electronic games other than those adapted for use with an external display screen or monitor; gaming machines; computer games consoles for use with an external display screen or monitor; games adapted for use with television receivers; handheld game consoles; hand-held consoles for playing video games; hand held units for playing video games; joysticks for video games; hand held video games; game controllers for computer games; portable games with liquid crystal displays; hand-held games with liquid crystal displays; protective films adapted for screens for portable games; apparatus for electronic games adapted for use with an external display screen or monitor; gaming equipment, namely, computerized interactive gaming chairs specifically designed for playing video games sold as a component part of arcade game machines; protective carrying cases specially adapted for handheld video games; bags specially adapted for handheld video games; carrying cases specially designed for portable game consoles; action figures being toys or playthings; electric action toys; electric action toy figures with lights and sounds; fantasy character toys; model craft kits of toy figures; model toys; modelled plastic toy

figurines; play figures; playsets for action figures; toy figurines; toy figure playsets; toy miniatures for use in games; toy miniatures for use in war games; novelty costume masks; novelty toys for parties; toy and novelty costume face masks; toy armour; toy arrows; toy castles; toy weapons; toy ninja weapons; toy swords; toy fencing weapons; paper party hats; war board games using model soldiers; radio-controlled toys, namely, vehicles; playing cards and card games; cases for playing cards; boards games; controllers for game consoles; toy controller; board games; balls for games; dumb-bells; electronic targets; darts; toy whistles; swimming pools being play articles; plastic race tracks for toy cars; swimming jackets; roller skates; artificial snow for Christmas trees; fishing tackle; scratch cards for playing lottery games; twirling batons; camouflage screens being sports articles; remote controls for operating flying toys; structural parts and fittings for all the aforesaid goods

CLASS 35: Operating lottery sales, namely, retail store services featuring lottery tickets

CLASS 38: Audio, video and multimedia broadcasting via the Internet and other communications networks for the gaming industry; broadcasting of motion picture films via the Internet for use in relation to computer games and gaming, animation, action, adventure and comedy; electronic bulletin board services; electronic exchange of messages via chat lines, chatrooms and Internet forums for the gaming industry, namely, electronic message sending; providing online forums and chat rooms for social networking for use in relation to computer games and gaming, animation, action, adventure and comedy, or featuring motion picture films, television series, documentaries, game shows, concerts and other performances; Internet broadcasting services for use in relation to computer games and gaming, animation, action, adventure and comedy, or featuring motion picture films, television series, documentaries, game shows, concerts and other performances; mobile media services in the nature of electronic transmission of entertainment media content for use in relation to computer games and gaming, animation, action, adventure and comedy, or featuring motion picture films, television series, documentaries, game shows, concerts and other performances; multimedia electronic messaging services for use in relation to computer games and gaming, animation, action, adventure and comedy, or featuring motion picture films, television series, documentaries, game shows, concerts and other performances; music broadcasting for use in relation to computer games and gaming; podcasting services for use in relation to computer games and gaming, animation, action, adventure and comedy, or featuring motion picture films, television series, documentaries, game shows, concerts and other performances, namely, transmission of podcasts; providing access to chat lines, chat rooms and forums on the Internet, including mobile Internet; providing access to chat lines, chat rooms and forums on the Internet, including mobile Internet for the gaming industry; providing access to electronic communications networks and electronic databases; providing access to Internet forums; providing access to Internet forums for the gaming industry; providing access to Internet platforms and portals for the gaming industry; providing access to mobile Internet platforms for the gaming industry; providing access to mobile Internet portals for the gaming industry; providing access to platforms on the Internet, as well as on the mobile Internet for the gaming industry; providing multiple-user access to a global computer network for use in relation to computer games and gaming; providing online chat rooms for the transmission of messages, comments and multimedia content among users for the gaming industry; providing online forums for communication in the field of electronic games; providing telecommunication access to video and audio content for the gaming industry, namely, providing internet access via broadband optical or wireless networks; providing user access to platforms on the Internet for the gaming industry; providing user access to portals on the Internet for the gaming industry; provision of Internet access to content, websites and portals in relation to computer games and gaming, animation, action, adventure and comedy, or featuring motion picture films, television series, documentaries, game shows, concerts and other performances; provision of Internet access to content, websites and portals for the gaming industry

CLASS 41: providing of training in relation to computer games and gaming; arcade game services, namely, providing amusement arcade services; arranging and conducting of entertainment events for charitable purposes; arranging and conducting of games for entertainment purposes; arranging and conducting of sports events for charitable purposes; conducting entertainment events relating to electronic games and Internet games, namely, conducting online computer game tournaments; development, creation, production, and distribution of digital multimedia and audio and visual content, namely, motion picture films, television programs, radio programs, and multimedia entertainment and educational content, all before-mentioned services in relation to computer games and gaming, animation, action, adventure and comedy; development, creation, production, distribution, and rental of audio and visual recordings in relation to computer games and gaming, animation, action, adventure and comedy; electronic desktop publishing in relation to computer games and gaming; entertainment services, namely, production and distribution of game shows; games equipment rental; entertainment services, namely, providing games offered on-line on a computer network; games services provided via computer networks and global communication networks; hire of equipment for games in the nature of game equipment rental; information relating to computer gaming; entertainment provided online from a computer database or a global communication network; provision of non-downloadable games on the Internet; multimedia publishing of games; multimedia publishing of video games; multimedia publishing of books, magazines, journals, software, games, music, and electronic publications in relation to computer games and gaming, animation, action, adventure and comedy, or featuring motion picture films, television series, documentaries, game shows, concerts and other performances; multimedia publishing of books, magazines, journals, software, games, music, and electronic publications for the gaming industry; providingonlinenon-downloadable electronic publications in the nature of books, magazines, journals and manuals in the fields of games and gaming; providing on-line computer games; organisation of electronic game competitions; organisation of electronic game competitions for the gaming industry; organisation of games; providing a non-downloadable computer game that may be accessed by users on a global network and/or the Internet; providing a non-downloadable computer game that may be accessed network-wide by network users; providing age ratings for television, movie, music, video and video game content; providing entertainment information in relation to computer games and gaming, animation, action, adventure and comedy, or featuring motion picture films, television series, documentaries, game shows, concerts and other performances; providing entertainment information via a website in relation to computer games and gaming; providing information in the field of entertainment in relation to computer games and gaming; providing entertainment information to game players about the ranking of their scores of games through web sites; providing non-downloadable interactive multi-player computer games via the Internet and electronic communication networks; providing online electronic newsletters in the field of computer games via e-mail; providing temporary use ofonlinenon-downloadablesoftware for playinggames on the Internet; providing temporary use ofonlinenon-downloadablesoftware for playinggames on the Internet for the gaming industry; providing temporary use of online computer games; providing online computer games for the gaming industry; providing online entertainment in the nature of game tournaments; providing online entertainment in the nature of game tournaments for the gaming industry; providing onlinecomputergames; providing onlinecomputergames for the gaming industry; providing online information in the field of computer games entertainment; providing online information in the field of computer games entertainment for the gaming industry; providing online information on computer and video game strategies; providing online information on computer and video game strategies for the gaming industry; providing on-line interactive computer games; providing on-line interactive computer games for the gaming industry; providing online magazines, not downloadable, featuring information in the field of computer games; providing online magazines, not downloadable, featuring information in the fields of computer games and gaming; providing on-line non-downloadable audio content featuring games and gaming; providing on-line non-downloadable video content featuring games and gaming; providing online computer video games; providing online

computer video games for the gaming industry; providing online videos, not downloadable featuring games and gaming; providing temporary use of online non-downloadablesoftware for playinggames; providing temporary use of online non-downloadablesoftware for playinggames featuring games and gaming; provision of an online magazine featuring information in the field of computer games; provision of games by means of local computer networks, global computer networks, the Internet, cable or wire communications services, wireless telecommunications services and broadband telecommunications services; provision of games by means of local computer networks, global computer networks, the Internet, cable or wire communications services, wireless telecommunications services and broadband telecommunications services for the gaming industry; provision of temporary use ofonlinenon-downloadablesoftware for playinggames on the Internet; provision of online computer games; provision of online information in the field of computer games entertainment; provision of online information relating to game players; publication of catalogues in the fields of games and gaming; publication of educational and training guides in the fields of games and gaming; publication of multimedia material online relating to books, magazines, journals, software, games, music, and electronic publications in relation to computer games and gaming; publication of periodicals, catalogues and brochures in relation to computer games and gaming; publication of periodicals, catalogues and brochures in the fields of games and gaming; publishing of newsletters in the fields of games and gaming; rental of computer games for the gaming industry; virtual reality game services provided on-line from a computer network; virtual reality game services provided on-line from a computer network for the gaming industry; organization of exhibitions for cultural or educational purposes in relation to computer games and gaming; lending libraries; on-line electronic publishing of books and magazines in relation to computer games and gaming; videotape distribution; providing on-line videos, not downloadable in relation to computer games and gaming; entertainment information; toy rental; games equipment rental

CLASS 45: Legal services; security services for the physical protection of tangible property and individuals; computer software licensing for the gaming industry; consultancy in the field of privacy and security laws relating to software for the gaming industry; consultancy relating to the licensing of computer software for the gaming industry; Internet-based social networking services in relation to computer games and gaming; legal administration of licences in relation to computer games and gaming; legal services for the gaming industry; licensing being legal services in the framework of software publishing in relation to computer games and gaming; licensing of computer programs for the gaming industry; licensing of computer software being legal services for the gaming industry; licensing of intellectual property in relation to computer games and gaming; licensing of intellectual property for use in relation to furniture, mirrors, picture frames, containers not of metal for storage or transport, unworked or semi-worked bone, horn, whalebone or mother-of-pearl, shells, meerschaum, yellow amber; licensing of intellectual property for use in relation to games, toys and playthings, video game apparatus, gymnastic and sporting articles, bags adapted for sporting articles, decorations for Christmas trees; licensing of intellectual property for use in relation to hand-operated tools and implements, cutlery, side arms except firearms, knives and razors; licensing of intellectual property for use in relation to household or kitchen utensils and containers, cookware and tableware except forks, knives and spoons, combs and sponges, brushes except paintbrushes, brush-making materials, articles for cleaning purposes, unworked or semi-worked glass except building glass, glassware, porcelain and earthenware; licensing of intellectual property for use in relation to leather and imitations of leather, animal skins and hides, luggage and carrying bags, umbrellas and parasols, walking sticks, whips, harness and saddlery, collars, leashes and clothing for animals; licensing of intellectual property for use in relation to non-medicated cosmetics and toiletry preparations, non-medicated dentifrices, perfumery and essential oils; licensing of intellectual property for use in relation to paper and cardboard, printed matter, books, bookbinding material, journals, leaflets, brochures, player's guides, posters, postcards, stickers, photographs, stationery and office requisites except furniture, adhesives for stationery or household purposes, drawing materials and

materials for artists, paintbrushes, instructional and teaching materials, plastic sheets, films and bags for wrapping and packaging; licensing of intellectual property for use in relation to precious metals and jewellery, precious and semi-precious stones; licensing of intellectual property rights and copyright in relation to computer games and gaming; licensing of intellectual property rights relating to films, television, video and radio programs, productions and formats in relation to computer games and gaming; licensing of trade marks in relation to computer games and gaming; online social networking services accessible by means of downloadable mobile applications for the gaming industry; online social networking services for the gaming industry; software licensing for the gaming industry; online social networking services in relation to computer games and gaming; online social networking services accessible by means of downloadable mobile applications in relation to computer games and gaming; on-line social networking services; licensing of intellectual property in relation to computer games and gaming; leasing of Internet domain names in relation to computer games and gaming

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY DATE OF 10-15-2021 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1651326 DATED 10-16-2021, EXPIRES 10-16-2031

SER. NO. 79-336,335, FILED 10-16-2021

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# OSRS GOLD

**Reg. No. 7,295,896**

**Registered Feb. 06, 2024**

**Int. Cl.: 9, 16, 25, 28, 38, 41, 45**

**Service Mark**

**Trademark**

**Principal Register**

Jagex Limited  (UNITED KINGDOM Limited Company)
220 Cambridge Science Park
Cambridge CB4 0WA
UNITED KINGDOM

CLASS 9: apparatus and instruments for recording, transmitting, reproducing or processing sound, images or data; recorded and downloadable computer software programs for computer gaming and computer game development; blank digital or analogue recording and storage media; computers and computer peripheral devices; audio and video recordings featuring computer games and music; audio books in the field of fiction, science fiction and fantasy; blank audio discs; audio recordings featuring music; cases for tablet computers; prerecorded CDs featuring computer games and music; cellular telephone cases; cellular telephone covers; blank compact discs; computer game discs; computer hardware; computer joysticks, other than for video games; computer keyboards; computer mice; computer monitors; recorded computer software for accessing computer networks; recorded computer software for the administration of on-line games and gaming; downloadable computer software for wireless content delivery; downloadable computer software platforms for social networking; computer software platforms, recorded or downloadable for computer gaming and computer game development; devices for hands-free use of mobile phones; devices for streaming media content over local wireless networks; digital media, namely, pre-recorded downloadable audio and video recordings, CDs, DVDs, high definition digital discs, MP3 files and MP4 files featuring music; blank digital versatile discs; computer display monitors; downloadable electronic newsletters in the field of computer gaming and computer game development; downloadable electronic newsletters in the fields of games and gaming; downloadable electronic publications, namely, books, magazines, journals, manuals, newsletters in the fields of games and gaming; downloadable video game software; downloadable videos featuring games and gaming; prerecorded DVDs featuring computer games; downloadable electronic books in the field of computer games; electronic publications, downloadable, namely, books, magazines, journals, manuals and newsletters, relating to games and gaming; face plates for cellular telephones; headphones; headsets for use with computers; headsets for virtual reality games; joystick chargers; joysticks adapted for smartphones; laptop bags; protective laptop covers; laptop sleeves; motion picture films about computer games; mouse mats; mouse pads being computer peripheral; computer mice; peripherals adapted for use with computers and other smart devices; recorded platform software for computer gaming and computer game development; portable tablet computer sleeves; pre-recorded videos featuring games and gaming; recorded content, namely, DVDs featuring games and gaming; telephone covers; downloadable training guides in electronic format; wireless headsets for smart phones; wireless headsets for mobile phones; component parts and fittings for the aforesaid goods

CLASS 16: printed instructional and teaching materials in the field of computer games; printed books in the field of computer games; printed booklets in the field of computer games; printed brochures in the field of computer games; printed catalogues in the field



*Katherine Kelly Vidal*

**Director of the United States Patent and Trademark Office**



of computer games; printed computer game instruction manuals; printed video and computer game strategy guidebooks; printed events programmes; printed instruction sheets and manuals in the field of computer gaming; printed strategy guide books and magazines for card games; printed strategy guide magazines and guidebooks for video games; printed books featuring fantasy and fictional stories; printed books in the fields of games and gaming; printed fantasy books; printed graphic art books; printed graphic novels; printed rule books for playing games; printed comics; printed comic books; printed comic magazines; printed comic strips; structural parts and fittings for all of the aforesaid goods

CLASS 25: footwear, headwear; aprons being clothing; blouses; berets; bandanas being neckerchiefs; bathing caps; bathing suits; bathing trunks; bath robes; bath sandals; bath slippers; beach shoes; belts being clothing; boots; boxer shorts; casual footwear; camisoles; caps being headwear; coats; dresses; dressing gowns; ear muffs being clothing; footwear; furs being clothing; gloves being clothing; hats; headbands being clothing; hoods being clothing; hooded tops being clothing; hooded pullovers; hooded sweatshirts; hooded bath robes; jackets being clothing; jerseys being clothing; jumper dresses; knitwear being clothing, namely, dresses, sweaters; leggings in the nature of leg warmers; leggings being trousers; mittens; neck scarfs being mufflers; neckties; overalls; overcoats; pajamas; parkas; ponchos; sandals; sarongs; scarfs; shawls; shirts; t-shirts; short-sleeve shirts; printed t-shirts; shoes; shorts; shower caps; skirts; sleep masks; slippers; socks; suits; sweaters; tights; tops as clothing; top hats; trousers; underpants; underwear; uniforms; veils being clothing; vests; visors being headwear; paper hats for use as clothing items; Halloween costumes; fancy dress costumes for masquerades; layettes being clothing; swimsuits; masquerade costumes; footwear; socks; fur stoles; wimples; sashes for wear; maniples; wedding dresses; hairdressing capes

CLASS 28: video game apparatus, namely, video game consoles; amusement game machines; arcade games; automatic and coin-operated games machines; video game machines; automatic arcade gaming machines; electronic games other than those adapted for use with an external display screen or monitor; handheld units for playing electronic games; gaming machines; computer games consoles for use with an external display screen or monitor; games adapted for use with television receivers; handheld game consoles; computer games apparatus, namely, computer game consoles; joysticks for video games; game controllers for computer games; free-standing video games apparatus, namely, arcade game machines; portable games with liquid crystal displays; protective films adapted for screens for portable games; apparatus for electronic games adapted for use with an external display screen or monitor; gaming equipment, namely, computerized interactive gaming chairs specifically designed for playing video games sold as a component part of arcade game machines; bags specially adapted for handheld video games; carrying cases specially designed for portable game consoles; structural parts and fittings for all the aforesaid goods

CLASS 38: audio, video and multimedia broadcasting via the internet and other communications networks; electronic bulletin board services; electronic communication services, namely, providing chatrooms, chat lines and Internet forums for transmission of messages among users in the field of computer gaming; electronic message sending; providing online forums and chat rooms for social networking; internet broadcasting services; mobile media services in the nature of electronic transmission of entertainment media content; operation of a telecommunications network, namely, transmission of voice, data, graphics, sound and video by means of broadband power line or wireless networks; podcasting services, namely, transmission of podcasts; providing access to chat lines, chat rooms and forums on the Internet, including mobile Internet; providing access to e-commerce platforms on the internet; providing access to electronic communications networks and electronic databases; providing access to Internet platforms and portals; providing access to multimedia content online; providing access to platforms on the Internet, as well as on the mobile Internet; providing telecommunication access to video and audio content, namely, providing internet access

via broadband optical or wireless networks; providing user access to information on the Internet; provision of internet access to data on communication networks; electronic transmission of audio content; electronic transmission of data and multimedia files, including downloadable files and files streamed over a global computer network; electronic transmission of messages, data and content via the Internet and other communications networks; electronic transmission of news; electronic transmission of podcasts; electronic transmission of video content via the Internet; electronic transmission of videos, movies, pictures, images, text, photos, games, user-generated content, audio content, and information via the Internet; video broadcasting; webcasting services; wireless broadcasting

CLASS 41: entertainment services, namely, computer game tournaments and competitions; sporting and cultural activities, namely, e-sports tournaments and competitions; amusement arcade services; arranging and conducting of entertainment events for charitable purposes; arranging and conducting of in-person educational forums in the field of computer gaming; conducting special entertainment events relating to electronic games and internet games; development, creation, production, and distribution of digital multimedia and audio and visual content, namely, motion picture films, television programs, radio programs, and multimedia entertainment and educational content; development, creation, production, distribution, and rental of audio and visual recordings; entertainment information; games equipment rental; information relating to computer gaming; multimedia publishing of games; multimedia publishing of books, magazines, journals, software, games, music, and electronic publications; news reporting; providing non-downloadable electronic publications in the nature of books, magazines, manuals, journals and newsletters in the fields of games and gaming; production of entertainment television shows and interactive television entertainment programs for distribution via audio and visual media, and electronic means; production and distribution of sound and video recordings; presentation of sound and video recordings, namely, providing a web site featuring non-downloadable sound and video presentations featuring computer and video games; providing a non-downloadable computer game that may be accessed network-wide by network users; providing entertainment information to game players about the ranking of their scores of games through web sites; providing non-downloadable interactive multi-player computer games via the internet and electronic communication networks; providing online electronic newsletters in the field of computer games via e-mail; providing online information on computer and video game strategies; providing on-line non-downloadable audio content, namely music; providing on-line non-downloadable audio content featuring games and gaming; provision of online computer games; publication of catalogues; publication of educational and training guides; publication of periodicals, catalogues and brochures in the fields of computer gaming; publishing of newsletters in the fields of games and gaming; rental of computer games; rental of printed publications in the fields of games and gaming, namely, lending of printed publications; organization of exhibitions for cultural or educational purposes; on-line electronic publishing of books and magazines; providing on-line videos, not downloadable featuring games and gaming; games equipment rental

CLASS 45: Legal services; security services for the physical protection of tangible property and individuals; computer software licensing; computer software licensing for the gaming industry; consultancy in the field of privacy and security laws relating to software; consultancy in the field of privacy and security laws relating to software for the gaming industry; consultancy relating to the licensing of computer software; consultancy relating to the licensing of computer software for the gaming industry; internet-based social networking services; legal administration of licences; legal services for the gaming industry; licensing being legal services in the framework of software publishing; licensing of computer programs; licensing of computer programs for the gaming industry; licensing of computer software; licensing of computer software for the gaming industry; licensing of intellectual property; licensing of intellectual property for use in relation to clothing, footwear and headgear; licensing of intellectual property for use in relation to common metals and their alloys, ores, small items of

metal hardware, metal statutes and figurines, metal containers for storage, safes; licensing of intellectual property for use in relation to firearms, ammunition and projectiles, crossbows, explosives, fireworks; licensing of intellectual property for use in relation to furniture, mirrors, picture frames, containers not of metal for storage or transport, unworked or semi-worked mother-of-pearl, shells, meerschaum, yellow amber; licensing of intellectual property for use in relation to games, toys and playthings, video game apparatus, gymnastic and sporting articles, bags adapted for sporting articles, decorations for Christmas trees; licensing of intellectual property for use in relation to hand-operated tools and implements, cutlery, side arms except firearms, knives and razors; licensing of intellectual property for use in relation to household or kitchen utensils and containers, cookware and tableware except forks, knives and spoons, combs and sponges, brushes except paintbrushes, brush-making materials, articles for cleaning purposes, unworked or semi-worked glass except building glass, glassware, porcelain and earthenware; licensing of intellectual property for use in relation to leather and imitations of leather, animal skins and hides, luggage and carrying bags, umbrellas and parasols, walking sticks, whips, harness and saddlery, collars, leashes and clothing for animals; licensing of intellectual property for use in relation to non-medicated cosmetics and toiletry preparations, non-medicated dentifrices, perfumery and essential oils; licensing of intellectual property for use in relation to paper and cardboard, printed matter, books, bookbinding material, journals, leaflets, brochures, player's guides, posters, postcards, stickers, photographs, stationery and office requisites except furniture, adhesives for stationery or household purposes, drawing materials and materials for artists, paintbrushes, instructional and teaching materials, plastic sheets, films and bags for wrapping and packaging; licensing of intellectual property for use in relation to precious metals and jewellery, precious and semi-precious stones; licensing of intellectual property rights and copyright; licensing of intellectual property rights relating to films, television, video and radio programs, productions and formats; licensing of trade marks; licensing services, namely, licensing of industrial property rights; licensing services for the gaming industry namely, licensing of industrial property rights; online social networking services; online social networking services accessible by means of downloadable mobile applications; online social networking services accessible by means of downloadable mobile applications for the gaming industry; online social networking services for the gaming industry; software licensing; software licensing for the gaming industry; personal background investigations; baby sitting; clothing rental; crematorium services; on-line social networking services; opening of security locks; dating services; fire-fighting; organization of religious meetings; adoption agency services; lost property return; rental of safes; genealogical research; planning and arranging of wedding ceremonies; releasing doves for special occasions; leasing of internet domain names

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY DATE OF 10-14-2021 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1663169 DATED 10-14-2021, EXPIRES 10-14-2031

SER. NO. 79-341,284, FILED 10-14-2021

---

### REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

### WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

---

**Requirements in the First Ten  Years***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten‑year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten‑Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and  an  Application for Renewal between every 9th and 10th‑year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO).  The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten‑year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e‑mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e‑mail communication and maintain a current e‑mail address with the USPTO. To ensure that e‑mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office



**Reg. No. 6,932,600**

**Registered Dec. 27, 2022**

**Corrected Jan. 02, 2024**

**Int. Cl.: 3, 6, 8, 9, 13, 14, 16, 18, 20, 21, 25, 28, 35, 36, 38, 40, 41, 42, 45**

**Service Mark**

**Trademark**

**Principal Register**

Jagex Limited  (UNITED KINGDOM Limited Company )
220 Cambridge Science Park
Cambridge CB4 0WA
UNITED KINGDOM

CLASS 3: Non-medicated cosmetics and toiletry preparations for bath and shower; non-medicated dentifrices; perfumery, essential oils; bleaching preparations and other substances for laundry use, namely, laundry detergent; cleaning, polishing, scouring and abrasive preparations; bath preparations, not for medical purposes; bath lotion; perfumery and fragrances; body deodorants; colognes; eau de cologne; oils for perfumes and scents; make-up preparations; make-up for the face and body; make-up primers and foundations; make-up pencils; make-up removers; make-up powder; compacts containing make-up; tissues impregnated with make-up removing preparations; make-up pads of cotton wool impregnated with make-up removing preparations; cosmetics and cosmetic preparations; eye cosmetics; eyebrow cosmetics; lip cosmetics; hair cosmetics; nail paint; nail polish removers being cosmetics; sun protecting creams being cosmetics; cosmetics in the form of milks, namely, moisturizing milks; cosmetics in the form of powders, namely, baby powder, soap powder; cosmetics in the form of creams, namely, skin creams; cosmetics in the form of lotions, namely, eye lotions, shaving lotions; tanning gels being cosmetics; skin moisturisers being cosmetics; mousses being cosmetics for hair and shaving; beauty care cosmetics; body care cosmetics; organic cosmetics; body and facial gels being cosmetics; anti-aging moisturizers used as cosmetics; non-medicated bath and shower preparations; skin cleansing cream and gels; skin cream; hand cream; nail cream; body, hand and facial butters; exfoliating creams and scrubs for cosmetic purposes; body lotion; beauty gels; hair oil; body oil; aromatic oils; skin cleansing oil; skin cleansing foam; shaving foam; serums for cosmetic purposes for skin; facial beauty masks; body masks; cosmetic masks; skin cleansing masks; antiperspirants being toiletries; sanitary preparations being toiletries, namely, skin soap; face paints; body paint being cosmetic; pre- shaving preparations; after-shaving preparations; shaving sets, comprised of shaving cream and aftershave; shaving gels; shaving balms; shaving foam; shaving creams; shaving oils; hair removal and shaving preparations; hair gels; hairspray; hair lotions; hair conditioners; hair creams; hair masks; hair styling preparations; shampoo; shampoo-conditioners; moisturiser for the skin

CLASS 6: Common metals and their alloys, ores of metal; transportable buildings of metal; non-electric cables and wires of common metal; metal containers for storage or transport; safes; metal ring-shaped fittings, namely, split rings of common metal for keys; statues and works of art of common metals; statues made of bronze; statues of common metal; statues of common metal alloys; statues of non-precious metal;



*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



figurines of common metals; figurines made from bronze; ornamental figurines of common metal; figurines of non-precious metal; figurines for ornamental purposes made from common metal; metal decorative boxes; 3d wall art made of common metal; decorative action figures of bronze; decorative action figures of common metal; artistic objects and castings of bronze being works of art; artistic objects and castings of common metal being works of art; works of art of bronze; sculpted works of art made from bronze; sculpted works of art made from common metal; sculptures made of non-precious metal; sculptures of metal; sculptures of non-precious metal; works of art of non-precious metal; works of art of common metal

CLASS 8: table cutlery, namely, forks, knives and spoons; razors; apparatus for tattooing; bits being component parts of hand tools; table cutlery of precious metals, namely, spoons, forks and knives; depilation appliances, electric and non-electric; disposable tableware being cutlery made of plastics, namely, forks, kitchen knives; daggers; household knives; swords; sword scabbards; sabres being swords; sword canes; Japanese swords; bayonets being swords; table knives; kitchen knives; utility knives; sheaths for knives; hobby knives being scalpels; tableware namely, knives, forks and spoons; kitchen knives made of precious metal; pocket knives with multi-purpose attachments; carving knives, hand operated for household use; hand-operated cutlery, namely, table cutlery; silverware namely, forks and spoons that are made of silver or silver-plated; table cutlery namely, knives, forks and spoons; razor cases

CLASS 9: apparatus and instruments for recording, transmitting, reproducing or processing sound, images or data; recorded media, namely, DVDs, CDs and CDROMs featuring fantasy, fiction and science fiction films, music videos and computer games and downloadable media, namely, video recordings featuring fantasy, fiction and science fiction films and music video; recorded computer software for use in database management and playing computer games, blank digital or analogue recording and storage media; mechanisms for coin-operated apparatus; cash registers, computers and computer peripheral devices; diving suits, divers' masks, ear plugs for divers, nose clips for divers and swimmers, gloves for divers, breathing apparatus for underwater swimming; fire-extinguishing apparatus; apparatus for recording, transmission, processing, and reproduction of sound, images, or data; recorded computer application software for watching films and videos and playing computer games; recorded computer application software for hand-held devices for watching films and videos and playing computer games; recorded computer application software for mobile phones for watching films and videos and playing computer games; recorded computer application software for wireless devices for watching films and videos and playing computer games; arm rests for use with computers; audio and video recordings featuring fantasy, fiction and science fiction films and music videos; audio books in the field of fantasy, fiction and science fiction; blank audio discs; audio recordings featuring music; audio speakers; recorded authentication software; auxiliary batteries for mobile phones; bags for cameras and photographic equipment; batteries; battery chargers for home video game machines; bicycle helmets; binoculars; calculators; camcorders; cameras; cases for tablet computers; prerecorded CDs featuring music; cell phone battery chargers; cellular telephone cases; cellular telephone covers; prerecorded silicon chips containing musical recordings; recorded CMS software for use in developing a content management system; downloadable collaboration management software platforms; recorded collaboration software platforms; compact disc players; compact disc recorders; blank compact discs; downloadable computer application software featuring games and gaming; computer disc drives; computer docking station; computer game discs; downloadable computer game programs; computer game software downloadable from a global computer network; computer game software, downloadable; computer game software, recorded; recorded computer games; recorded computer gaming software; computer hardware; computer hardware for games and gaming; computer joysticks, other than for video games; computer keyboards; computer mice; computer monitors; computer mouse; downloadable computer software programs for user interface design; computer software applications, downloadable for watching films and videos and playing computer games; recorded computer software for accessing

computer networks; recorded computer software for the administration of on-line games and gaming; recorded computer software for use in creating and designing websites; recorded computer software for use in providing multiple user access to a global computer information network; downloadable computer software for wireless content delivery; downloadable computer software platforms for application development; downloadable computer software platforms for social networking; computer software platforms, recorded or downloadable for application development; computer software, recorded for watching films and videos and playing computer games; covers for computer keyboards; covers for PDAs; decorative magnets; desktop computers; devices for hands-free use of mobile phones; devices for streaming media content over local wireless networks; digital audio interface apparatus; digital audio players; digital cameras; digital media, namely, pre-recorded downloadable audio and video recordings, CDs, DVDs, high definition digital discs, MP3 files and MP4 files featuring music, fantasy, fiction and science fiction films and music videos; digital picture frames; blank digital versatile discs; digital video and audio players; blank digital video discs; digital video players; computer display monitors; downloadable computer game programs; downloadable computer games; downloadable electronic games; downloadable electronic newsletters in the field of games and gaming; downloadable electronic newsletters in the fields of games and gaming; downloadable electronic publications namely, books, magazines, journals, manuals and periodicals in the fields of games and gaming; downloadable newsletters, books, magazines, journals, manuals and periodicals featuring information relating to games and gaming; downloadable interactive entertainment software for playing computer games; downloadable interactive entertainment software for playing video games; downloadable mobile applications for watching films and videos and playing computer games; downloadable mobile applications featuring games and gaming; downloadable screen-savers; downloadable software applications for mobile phones for watching films and videos and playing computer games; downloadable software in the nature of a mobile application for playing games; downloadable telephone ring tones; downloadable video game software; downloadable videos featuring games and gaming; downloadable wallpapers for mobile phones; DVD players; DVD recorders; prerecorded DVDs featuring films and videos in the fields of games and gaming; downloadable electronic books in the field of games and gaming; electronic coding units; electronic display interfaces for motion simulator platforms; electronic locks; electronic paper displays; electronic personal organizers; electronically encoded identity wristbands; encoded loyalty cards; eyeglass cases; eyeglasses; face plates for cellular telephones; recorded facial analysis software; recorded game development software; recorded games software for use with video game consoles; downloadable gaming software; downloadable graphical user interface software; hands-free microphones for cell phones; headphones; headsets for use with computers; headsets for virtual reality games; inflatable vests for use in life saving; downloadable interactive entertainment software for watching films and videos and playing computer games; downloadable interactive game software; recorded interface software; jewellery in the nature of wireless receivers that communicates data; joystick chargers; joysticks adapted for smartphones; karaoke machines; computer keyboards; laptop bags; protective laptop covers; laptop sleeves; laser pointers; lasers not for medical use; life vests; downloadable machine learning software for analysis; magnets, magnetizers and demagnetizers; microphones; downloadable mobile application software for watching films and videos and playing computer games; mobile phone speakers; motion picture films about games and gaming; mouse mats; mouse pads; computer mice; MP3 players; musical recordings; recorded operating system programs for smart television; peripherals adapted for use with computers and other smart devices, namely, headsets; portable tablet computer sleeves; power units being batteries; pre-recorded videos featuring films and video in the field of games and gaming; pre-recorded videos featuring games and gaming; laser document printers; projector screens; digital projectors; protective clothing being body armour; protective helmets for sports; radios; recorded computer software platforms for real-time collaborative editing (RTCE); recorded computer game programs; recorded content, namely, DVDs featuring games and gaming; scopes for crossbow; selfie sticks used as smartphone accessories; smart bracelets, namely, wearable activity trackers;

blank smart cards; smart glasses; smart rings; smart speakers; smart watches; smartbands, namely, smartwatches; snorkels; downloadable software applications for watching films and videos and playing computer games for use with mobile devices; recorded software for designing online advertising on websites; sunglasses; surge protectors; swim masks; swimming goggles; telephone covers; telephones; television sets; downloadable training guides in electronic format in the field of games and gaming; blank USB flash drives; blank USB sticks; video cameras; downloadable video game programs; downloadable video game software; video disc players; recorded virtual reality computer game software; downloadable virtual reality game software; walkie-talkies; downloadable web content management (WCM) software; downloadable website development software; wireless headsets for smart phones; wireless headsets for mobile phones; pedometers; dictating machines; facsimile machines; digital signs; answering machines; baby monitors; cameras; air analysis apparatus; taximeters; lactometers; lasers, not for medical purposes; optical lenses; wires, electric; electronic chips for the manufacture of integrated circuits; video screens; optical fibers; lightning conductors; lightning conductors and lightning arresters; electrolysers being electrolysis apparatus for laboratory use; fire hose; filters for non-medical respiratory masks; whistle alarms; fire alarms; batteries for lighting; X-ray films, exposed; decorative magnets; egg-candlers; electronic collars to train animals; electrified fences; sports whistles

CLASS 13: Firearms; ammunition and projectiles; explosives; fireworks; crossbows being weapons; armour-piercing projectiles; guns being weapons; projectiles being weapons; magazines for weapons; weapon cases for firearms; containers for storing weapons being gun and rifle cases; containers for launching weapons being grenade launchers; shoulder straps for weapons; holsters, magazines and cartridges, for weapons and ammunition; bandoliers for weapons; gun barrels; rifle barrels; breeches of firearms; cartridge belts; cartridge cases; gun cases; rifle barrels; rifle cases; sporting firearms; protected cases adapted for firearms

CLASS 14: Precious metals and their alloys; jewellery, precious and semi-precious stones; horological and chronometric instruments; keyrings; keyrings of common metal; key rings featuring decorative key fobs; medals; fancy keyrings of precious metals; badges of precious metal; lapel badges of precious metal; metal badges for wear of precious metal; jewelry, namely, ornamental pins; pins being jewellery; tie pins; decorative pins being jewellery; ornamental lapel pins; jewelry, namely, decorative pins of precious metal; jewelry, namely, ornamental pins made of precious metal; cloisonne pins; jewelry, namely, jewelry broaches featuring commemorative shields; jewelry broaches featuring commemorative shields of precious metal; jewellery; ornaments of precious metal in the nature of jewellery; jewellery stones, namely, semi-precious stones; jewellery boxes; jewellery cases; bracelets being jewellery; jewellery chains; pendants being jewellery; imitation jewellery; artificial jewellery; fashion jewellery; costume jewellery; necklaces being jewellery; precious jewellery; lockets being jewellery; rings being jewellery; jewellery brooches; jewellery charms; trinkets, namely, rings being jewellery; brooches being jewellery; jewellery caskets; cloisonné jewellery; amulets in the nature of jewellery; jewellery, including imitation jewellery and plastic jewellery; decorative brooches being jewellery; wooden jewellery boxes; jewellery cases in the nature of caskets; charms for jewellery; amulets being jewellery; jewellery made of precious stones; jewellery boxes and watch boxes; charms in the nature of jewellery of common metals; jewellery with ornamental stones; jewellery with precious stones; jewellery made of precious metals; decorative articles in the nature of jewelry trinkets or jewellery for personal use; watches; watch boxes; clocks; statues and figurines, made of or coated with precious or semi-precious metals or stones, or imitations thereof; ornamental figurines made of precious metal; miniature figurines that are coated with precious metal; cufflinks; works of art of precious metal

CLASS 16: Paper and cardboard; printed photographs; adhesives for stationery or household purposes; paintbrushes; printed instructional and teaching materials in the field of games, gaming and computer game development; plastic sheets, films and bags for wrapping and packaging; printers' type, printing blocks; 3d wall art made of

cardboard; 3d wall art made of paper; 3d decals for use on any surface; art prints; graphic prints and representations; printed advertising pamphlets; printed advertising posters; book marks; bookends; printed booklets in the field of games and gaming; printed booklets relating to games; printed brochures in the field of games and gaming; canvas art prints; printed catalogues in the field of games and gaming; printed computer game instruction manuals; printed computer game strategy guidebooks; decals; printed diaries; display banners made of paper and cardboard; printed events programmes; printed graphic art reproductions; printed greetings cards; printed instruction sheets and manuals in the field of games and gaming; printed journals in the field of games and gaming; printed leaflets in the field of games and gaming; printed magazines featuring games and gaming; printed magazines in the field of video and computer games; printed magazines in the fields of games and gaming; printed strategy manuals for use with gaming software; printed newsletters in the field of games and gaming; printed newsletters in the fields of games and gaming; printed periodical magazines in the field of games and gaming; personal organisers; printed daily planners; printed poster magazines in the field of games and gaming; printed postcards and picture postcards; printed advertisements; printed calendars; printed note cards; printed promotional material in the nature of printed advertising posters; stickers; printed strategy guide books for card games; printed strategy guide magazines for card games; printed strategy guide magazines for video games; printed strategy guidebooks for video games; wall decals; printed books featuring fantasy stories; printed books featuring fictional stories; printed books in the fields of games and gaming; printed fantasy books; printed graphic art books; printed graphic novels; printed handbooks being manuals in the field of games and gaming; printed rule books for playing games; printed video game strategy guidebooks; beer mats, namely, coasters of cardboard; coasters of cardboard; coasters of paper; gift bags; gift boxes; gift-wrapping paper; printed greeting cards; printed note pads; paper notebooks; paper banners; hand-held paper knives; pencils; pens; stationery cases; desk mats; printed maps; printed wall maps; printed comics; printed comic books; printed comic magazines; printed comic strips; paper ribbons, other than haberdashery or hair decorations; drawing paper; printed advertisement boards of paper or cardboard; printed postcards; figurines being statuettes of papier mâché; pictures in the nature of paintings; boxes of cardboard or paper; candy wrapping paper; plastic film for wrapping; antistaling film, namely, food wrapping plastic film; blotters; stamp pads; drawing pens; adhesives being glues for stationery or household purposes; compasses for drawing; canvas for painting; stencils; writing chalk; modelling clay; tailors' chalk

CLASS 18: Leather and imitations of leather; animal skins and hides; luggage and carrying bags in the nature of carry-all bags; umbrellas and parasols; walking sticks; whips, harness and saddlery; collars, leashes and clothing for animals; luggage, wallets and carrying bags in the nature of carry-all bags; traveling bags; suitcases; attaché cases; briefcases; make up cases sold empty; evening bags; hand bags; shoe bags for travel; gym bags; sports bags; book bags; leather bags; imitation leather bags; suit bags; waterproof bags, namely, sport bags; kit bags; beach bags; reusable shopping bags; leather bags and wallets; duffel bags for travel; sling bags for carrying babies; travelling trunks and travelling bags; toiletry bags sold empty; cosmetic bags sold empty; makeup bags sold empty; hat boxes for travel, not of paper or cardboard; key cases; document cases; purses; satchels; rucksacks; haversacks; back packs

CLASS 20: Furniture, mirrors, picture frames; containers, not of metal or paper, for storage or transport; unworked mother-of-pearl; meerschaum, raw or partly worked; yellow amber raw or partly worked; decorative figurines of plastic; decorative figurines of wood and wax; works of art of wood, wax, plaster or plastic; decorative plaques made of plastics material; figurines of wood, wax, plaster or plastic; miniature figurines of plastic; statues of wood, wax, plaster or plastic; bolsters; pillows; travel pillows; pillows and cushions; cushions; cushions being furniture; cushions featuring upholstery; bean bag cushions; bean bags, namely, bean bag pillows; bean bag chairs; swivel chair

CLASS 21: combs and kitchen sponges; brush-making materials; unworked or semi-worked glass, except building glass; glassware, porcelain and earthenware, namely,

beverage glassware; kitchen jars, namely, cookie jars; bread-cases for kitchen use, namely, bread boxes; ceramic tableware, namely, plates and bowls; glass tableware, namely, beverage glassware; tableware of porcelain namely, plates and bowls; tea services being tableware; coffee services being tableware; drinks containers, namely, drinking flasks, drinking steins; food storage containers in the nature of plastic household storage containers; heat-insulated containers for beverages; bottle openers; coasters not of paper or textile; leather coasters; porcelain coasters; cups and mugs; mugs made of ceramic materials; coffee mugs; coffee cups; decorative chinaware, namely, statues of china, china ornaments; decorative porcelain ware namely, statues of porcelain, porcelain holiday ornaments; household or kitchen containers; salt and pepper shakers; tea sets; tea bag rests; water bottles sold empty; beverage glassware; beer glasses; beer jugs; beer mugs; travel mugs; drinking bottles; drinking bottles for sports; glasses being drinking vessels; goblets; hip flasks; jugs; pewter tankards; portable beverage container holders; shot glasses; tankards; enamelled glass, not for building

CLASS 25: footwear, headwear; aprons being clothing; blouses; berets; bandanas being neckerchiefs; bathing caps; bathing suits; bathing trunks; bath robes; bath sandals; bath slippers; beach shoes; belts being clothing; boots; boxer shorts; casual footwear; clothing for babies, namely, baby bibs not of paper and pyjamas; camisoles; caps being headwear; coats; dresses; dressing gowns; ear muffs being clothing; furs being clothing; gloves being clothing; hats; headbands being clothing; headgear for wear, namely, baseball caps and beanies; hoods being clothing; hooded tops being clothing; hooded pullovers; hooded sweatshirts; hooded bath robes; jackets being clothing; jerseys being clothing; jumper dresses; knitwear being clothing, namely, dresses and sweaters; leggings in the nature of leg warmers; leggings being trousers; mittens; neck scarfs being mufflers; neckties; overalls; overcoats; pyjamas; parkas; ponchos; sandals; sarongs; scarfs; shawls; shirts; t-shirts; short-sleeve shirts; printed t-shirts; shoes; shorts; shower caps; skirts; sleep masks; slippers; socks; suits; sweaters; tights; tops as clothing; top hats; trousers; underpants; underwear; uniforms; veils being clothing; vests; visors being headwear; paper hats for use as clothing items; Halloween costumes; fancy dress costumes for masquerades; layettes being clothing; swimsuits; masquerade costumes; socks; fur stoles; wimples; sashes for wear; maniples; wedding dress; hairdressing capes

CLASS 28: video game apparatus, namely, video game joysticks and consoles; decorations for christmas trees; amusement game machines; arcade games; automatic and coin-operated games machines; video game machines; automatic arcade gaming machines; electronic games other than those adapted for use with an external display screen or monitor; hand-held units for playing electronic games; games, namely, game cards and board games; gaming machines; computer games consoles for use with an external display screen or monitor; games relating to fictional characters, namely, game cards and board games; games adapted for use with television receivers; handheld game consoles; hand-held consoles for playing video games; hand held units for playing video games; joysticks for video games; hand held video games consoles; game controllers for computer games; free-standing video games apparatus, namely, arcade game machines; portable games with liquid crystal displays; hand-held games with liquid crystal displays; protective films adapted for screens for portable games; apparatus for electronic games adapted for use with an external display screen or monitor; gaming equipment, namely, computerized interactive gaming chairs specifically designed for playing video games sold as a component part of arcade game machines; protective carrying cases specially adapted for handheld video games; bags specially adapted for handheld video games; carrying cases specially designed for portable games consoles; action figures being toys or playthings; electric action toys; electric action toy figures with lights and sounds; fantasy character toys; toy models; modelled plastic toy figurines; play figures; playsets for action figures; toy figurines; toy figure playsets; toy miniature figurines for use in games; toy figurines for use in war games; novelty costume masks; novelty toys being party favors; toy and novelty toy costume face masks; toy armour; toy arrows; toy castles; toy weapons; toy ninja weapons; toy swords; toy fencing weapons; paper party hats; war board games using model soldiers; radio-

controlled toys, namely, vehicles; playing cards and card games; cases for playing cards; boards games; controllers for game consoles; toy controller for toy vehicles; balls for games; dumb-bells; electronic targets; darts; toy whistle; swimming pools being play articles; plastic track for toy cars; swimming jackets; roller skates; artificial snow for christmas trees; fishing tackle; scratch cards for playing lottery games; twirling batons; camouflage screens being toy model screens; remote controls for operating flying toys

CLASS 35: Advertising services; business management; business administration; providing office functions; administration of a discount program for enabling participants to obtain discounts on goods and services through use of a discount membership card; administration of a discount program for enabling participants to obtain discounts on goods and services through use of a discount membership card for the gaming industry; administration of consumer loyalty and incentive schemes which provide discounts for frequent purchases; administration of consumer loyalty and incentive schemes for the gaming industry which provide discounts for frequent purchases; business administration of loyalty programs involving discounts or incentives; business administration of loyalty programs involving discounts or incentives for the gaming industry; business administration of loyalty rewards programmes; business administration of loyalty rewards programmes for the gaming industry; business administration of membership schemes; business administration of membership schemes for the gaming industry; advertising for the gaming industry; advertising services relating to the sale of goods; demonstration of goods; dissemination of advertising via online communications networks; distributorship services in the field of computer software namely, game software, video games, computer goods, game programmes and computer software tools; business management of customer loyalty, incentive or promotional schemes; business management of customer loyalty, incentive or promotional schemes for the gaming industry; marketing services; marketing services for the gaming industry; online advertising services; online advertising services via a computer communications network; online retail store services featuring computer software namely, game software, video games, computer games, game programmes, computer software tools; online retail store services featuring games; online retail store services featuring clothing, clothing accessories, footwear, headwear; online retail store services featuring computer software; online retail store services featuring computer software for the gaming industry; online retail store services featuring cups and drinking glasses; online retail store services featuring games; online retail store services featuring recorded content, namely, computer games; online wholesale store services featuring games; business organisation and management of customer loyalty programs; business organisation and management of customer loyalty programs for the gaming industry; promotion of entertainment events, namely, entertainment marketing services; marketing services in the nature of promotion of goods and services through sponsorship of entertainment events; promotional sponsorship of entertainment events; promotional sponsorship of social entertainment events; promotional sponsorship of video game competitions; promotional sponsorship of video game competitions for the gaming industry; retail store services and online retail store services featuring printed publications, decals, sweatshirts, hooded sweatshirts, T-shirts, vests, hats, caps, trousers, shorts, bathrobes, wristbands, plush toys, board games, bags adapted for sporting articles, bags shaped to contain clothing used in sports, bags shaped to contain footwear used in sports; retail store services and online retail store services featuring keyrings, pendants, desk mats, mouse mats, hoodies, mobile phone cases, mobile phone covers, mugs, jackets, t-shirts, socks, scarfs, hats, compact discs featuring music, maps, coasters, playing cards, decorative badges, badges of precious metal; retail store services featuring games; retail store services and online retail store services featuring non-medicated cosmetics and toiletry preparations, non-medicated dentifrices, perfumery and essential oils, body cleaning and beauty care preparations, cleaning, polishing, scouring and abrasive preparations; retail store services and online retail store services featuring common metals and their alloys, ores, small items of metal hardware, metal statues and figurines, metal containers for storage, safes; retail store services and online retail store services featuring hand-operated tools and implements, cutlery, side arms except firearms, knives and razors; retail store services and online retail store

services featuring precious metals and their alloys, jewellery, precious and semi-precious stones, horological and chronometric instruments, time instruments, watches, clocks; retail store services and online retail store services featuring paper and cardboard, printed matter, books, bookbinding material, journals, leaflets, brochures, player's guides, posters, postcards, stickers, photographs, stationery and office requisites except furniture, adhesives for stationery or household purposes, drawing materials and materials for artists, paintbrushes, instructional and teaching materials, plastic sheets, films and bags for wrapping and packaging; retail store services and online retail store services featuring leather and imitations of leather, animal skins and hides, bags, luggage and carrying bags, suitcases, umbrellas and parasols, walking sticks, whips, harness and saddlery, collars, leashes and clothing for animals; retail store services and online retail store services featuring furniture and furnishings, mirrors, picture frames, containers not of metal for storage or transport, unworked or semi-worked mother-of-pearl, shells, meerschaum, yellow amber, statues, figurines, works of art and ornaments and decorations, made of materials such as wood, wax, plaster or plastic; retail store services and online retail store services featuring household or kitchen utensils and containers, cookware and tableware except forks, knives and spoons, combs and sponges, brushes except paintbrushes, brush-making materials, articles for cleaning purposes, unworked or semi-worked glass except building glass, glassware, porcelain and earthenware, tableware, cookware and containers, dustbins; retail store services and online retail store services featuring textiles and substitutes for textiles, household linen, curtains of textile or plastic, coverings for furniture, wall hangings, kitchen and table linens, bed linen and blankets, bath linen; retail store services and online retail store services featuring games, toys and playthings, video game apparatus, gymnastic and sporting articles, bags adapted for sporting articles and equipment, decorations for Christmas trees, toy swords; retail store services featuring clothing and clothing accessories, footwear, headwear; retail store services featuring computer software; retail store services featuring computer software for the gaming industry; retail store services featuring cups and drinking glasses; retail store services featuring games; retail store services featuring recorded content, namely, computer games; subscriptions to electronic journals; subscriptions to electronic journals for the gaming industry; targeted marketing services; wholesale store services featuring games; presentation of goods on communication media, for retail purposes, namely, online retail store services featuring computer games; organization of fashion shows for advertisement and commercial purposes; personnel management consultancy; administrative processing of purchase orders; business auditing; rental of sales stands; retail or wholesale store services featuring pharmaceutical, veterinary and sanitary preparations and medical supplies; retail or wholesale store services featuring health preparations; retail or wholesale store services featuring veterinary preparations; rental of vending machines; sponsorship search; business administration of gaming services

CLASS 36: currency exchange and advice; currency exchange services; currency trading; currency transfer services; digital currency trading services; electronic transfer of a virtual currency for use by members of an online community via a global computer network; electronic transfer of virtual currencies; exchanging money; financial investment brokerage; financial exchange of virtual currency; providing financial information services relating to currencies; online financial transactions namely, securities trade execution services; on-line real-time currency trading; trading in currencies; virtual currency services, namely, financial exchange of virtual currency; virtual currency exchange; virtual currency transfer services; currency exchange and financial advice for the gaming industry; currency exchange services for the gaming industry; currency trading for the gaming industry; currency transfer services for the gaming industry; digital currency trading services for the gaming industry; electronic transfer of a virtual currency for use by members of an online community via a global computer network for the gaming industry; electronic transfer of virtual currencies for the gaming industry; exchanging money for the gaming industry; financial exchange of virtual currency for the gaming industry; financial information services relating to currencies for the gaming industry; on-line brokerage for trading and financial transactions relating to currency and other financial products in the nature of securities

for the gaming industry; online financial transactions for the gaming industry, namely, clearing and reconciling financial transactions via a global computer network; on-line real-time currency trading for the gaming industry; trading in currencies for the gaming industry; virtual currency exchange for the gaming industry; virtual currency transfer services for the gaming industry; insurance information; financial consultancy; art appraisal; real estate management; financial customs brokerage services; surety services; bail-bonding; financial guarantees; charitable fund raising; factoring agencies; fiduciary representatives

CLASS 38: audio broadcasting; audio, video and multimedia broadcasting via the internet and other communications networks; audio, video and multimedia broadcasting via the internet and other communications networks for the gaming industry; broadcasting of motion picture films via the internet; broadcasting of radio programs; broadcasting of television programmes; cable television broadcasting; electronic data transmission and data broadcasting in the nature of video broadcasting via the Internet; digital audio broadcasting; electronic bulletin board services; electronic communication services, namely, providing chatrooms, chat lines and Internet forums for transmission of messages for users in the field of games and gaming; electronic communication services, namely, providing chatrooms, chat lines and Internet forums for the gaming industry for transmission of messages for users in the field of games and gaming; electronic exchange of messages via chat lines, chatrooms and Internet forums, namely, electronic message sending services; electronic exchange of messages via chat lines, chatrooms and Internet forums for the gaming industry, namely, electronic message sending services; electronic message sending; providing online forums and chat rooms for social networking; internet broadcasting services; mobile media services in the nature of electronic transmission of entertainment media content; multimedia electronic messaging services; music radio broadcasting; podcasting services, namely, transmission of podcasts; providing access to chat lines, chat rooms and forums on the Internet, including mobile Internet; providing access to chat lines, chat rooms and forums on the Internet, including mobile Internet for the gaming industry; providing telecommunications access to e-commerce platforms on the internet; providing Internet access to electronic communications networks and electronic databases; providing telecommunications access to Internet forums; providing telecommunications access to Internet forums for the gaming industry; providing telecommunications access to Internet platforms and portals; providing telecommunications access to Internet platforms and portals for the gaming industry; providing telecommunications access to mobile Internet platforms; providing telecommunications access to mobile Internet platforms for the gaming industry; providing telecommunications access to mobile Internet portals; providing telecommunications access to mobile Internet portals for the gaming industry; providing telecommunications access to multimedia content online; providing telecommunications access to platforms on the Internet, as well as on the mobile Internet; providing telecommunications access to platforms on the Internet, as well as on the mobile Internet for the gaming industry; providing information in the field of television broadcasting, cable television broadcasting or radio broadcasting; providing Internet chatrooms and Internet forums for transmission of messages among computer users concerning games and gaming; providing Internet chatrooms and Internet forums for the gaming industry for transmission of messages among computer users concerning games and gaming; providing multiple-user access to a global computer network; providing online chat rooms for the transmission of messages, comments and multimedia content among users; providing online chat rooms for the transmission of messages, comments and multimedia content among users for the gaming industry; providing online forums in the field of games and gaming; providing online forums for communication in the field of electronic games; providing online forums for the gaming industry in the field of games and gaming; providing on-line forums for transmission of messages among computer users in the field of games and gaming; providing on-line forums for transmission of messages among computer users for the gaming industry in the field of games and gaming; providing telecommunication access to video and audio content, namely, providing Internet access via broadband optical or wireless networks; providing telecommunication access to video and audio

content for the gaming industry namely, providing Internet access via broadband optical or wireless networks; providing user access in the nature of telecommunications access to information on the Internet; providing user access in the nature of telecommunications access to platforms on the Internet; providing user access in the nature of telecommunications access to platforms on the Internet for the gaming industry; providing user access in the nature of telecommunications access to portals on the Internet; providing user access in the nature of telecommunications access to portals on the Internet for the gaming industry; provision of Internet access to content, websites and portals; provision of Internet access to content, websites and portals for the gaming industry; provision of Internet access to data on communication networks; provision of telecommunication access to audio content provided via the Internet; provision of telecommunication access to films and television programs provided via a video-on-demand service; provision of telecommunication access to video and audio content provided via an on-line video-on-demand service; radio broadcasting; radio communication; radio, film and television broadcasting for the gaming industry; satellite broadcasting; satellite television broadcasting; subscription television broadcasting; television broadcasting; electronic transmission of audio content; electronic transmission of data and multimedia files, including downloadable files and files streamed over a global computer network; electronic transmission of messages, data and content via the Internet and other communications networks; electronic transmission of news; electronic transmission of podcasts; electronic transmission of video content via the Internet; electronic transmission of videos, movies, pictures, images, text, photos, games, user-generated content, audio content, and information via the Internet; video broadcasting; webcasting services; wireless broadcasting

CLASS 40: Recycling of waste and trash; air purification and treatment of water; printing services; food and drink preservation; 3D printing for others; 3D printing services for others; custom 3D printing for others; customized printing of company names and logos for promotional and advertising purposes on the goods of others; digital printing; digital printing services; printing; printing of advertising matter; printing of books; printing of images on objects; printing of photos; printing of documents from digital media; providing information relating to printing services; rental of 3D printers; rental of three-dimensional (3D) printers; rental of printing machines and apparatus; stationery printing services; three-dimensional printing (3DP) for others; three-dimensional printing (3DP) services for others; T-shirt printing, namely, custom imprinting of messages and designs on t-shirts; 3D printing for the gaming industry for others; 3D printing services for the gaming industry for others; custom 3D printing for others for the gaming industry; customized printing of company names and logos for promotional and advertising purposes on the goods of others for the gaming industry; digital printing for the gaming industry; digital printing services for the gaming industry; printing for the gaming industry; printing of advertising matter for the gaming industry; printing of books for the gaming industry; printing of images on objects for the gaming industry; printing of photos for the gaming industry; printing services for the gaming industry; printing of documents from digital media for the gaming industry; providing information relating to printing services for the gaming industry; rental of 3D printers for the gaming industry; rental of three-dimensional (3D) printers for the gaming industry; rental of printing machines and apparatus for the gaming industry; stationery printing services for the gaming industry; three-dimensional printing (3DP) for the gaming industry; three-dimensional printing (3DP) services for the gaming industry; t-shirt printing for the gaming industry namely, custom imprinting of messages and designs on t-shirts; framing of works of art; welding services; cloth dyeing; woodworking; bookbinding; glass-blowing; pottery firing; firing pottery; tea processing; taxidermy; embroidery services; upcycling in the nature of waste recycling; air purification; water treating; material treatment information; engraving; services of a dental technician; production of energy; rental of electricity generators; cryopreservation services; rental of heating boilers; medicinal materials processing, namely, obtaining metals from native earth materials; fuel processing; chemistry reagent processing and waste management in the nature of recycling

CLASS 41: Education services, namely, providing seminars, workshops in the field of games and gaming; providing of training in the field of games and gaming; sporting and cultural activities, namely, esports tournaments; arcade game services, namely, providing amusement arcade services; arranging and conducting of entertainment events, namely, gaming competitions for charitable purposes; arranging and conducting of games for entertainment purposes; arranging and conducting of in-person educational forums in the field of games and gaming; arranging and conducting of sports events, namely, esports competitions for charitable purposes; conducting entertainment events relating to electronic games and internet games, namely, conducting online computer game tournaments; development, creation, production, and distribution of digital multimedia and audio and visual content, namely, motion picture films, television programs, radio programs, and multimedia entertainment and educational content, namely, musical sound recordings; development, creation, production, distribution, and rental of audio and visual recordings; education services relating to business franchise management relating to the gaming industry, namely, providing educational seminars in the field of business management; research in the field of education; electronic arcade game services, namely, amusement arcade services; electronic desktop publishing; electronic games services, namely, conducting online computer game tournaments; electronic games services provided by means of a global communication network, namely, conducting online computer game tournaments; electronic games services provided by means of the Internet or other communication network, namely, conducting online computer game tournaments; electronic games services provided from a computer database or by means of the internet, namely, conducting online computer game tournaments; entertainment information; entertainment provided via a global communication network, namely, online computer games and conducting online computer game tournaments; entertainment provided via a global communication network for the gaming industry, namely, online computer games and conducting online computer game tournaments; entertainment services, namely, online computer games and conducting online computer game tournaments; entertainment services for the gaming industry, namely, online computer games and conducting online computer game tournaments; game services provided by means of communications by computer terminals or mobile telephone, namely, online computer games; game services provided online from a computer network or mobile phone network, namely, online computer games; game services provided via communication networks, namely, online computer games; entertainment services, namely, production and distribution of a game shows; games equipment rental; entertainment services, namely, providing games offered on-line on a computer network; hire of equipment for games in the nature of game equipment rental; information relating to computer gaming entertainment provided online from a computer database or a global communication network; interactive entertainment services, namely, online computer games and conducting online computer game tournaments; interactive entertainment services for the gaming industry, namely, online computer games and conducting online computer game tournaments; interactive online entertainment services, namely, online computer games and conducting online computer game tournaments; interactive online entertainment services for the gaming industry, namely, online computer games and conducting online computer game tournaments; provision of temporary use of non-downloadable games on the Internet; multimedia publishing of games; multimedia publishing of video games; multimedia publishing of books, magazines, journals, software, games, music, and electronic publications; multimedia publishing of books, magazines, journals, software, games, music, and electronic publications for the gaming industry; current events news reporting; providing non-downloadable electronic publications in the nature of books, magazines, journals, manuals and periodicals in the field of games and gaming; providing non-downloadable electronic publications in the nature of books, magazines, journals, manuals and periodicals in the field of games and gaming; providing on-line computer games; online game services through mobile devices, namely, online computer games; organisation of electronic game competitions; organisation of electronic game competitions for the gaming industry; organisation of games; organisation of games and esports competitions for entertainment purposes; organisation of games and esports competitions for the gaming industry for entertainment purposes;

production of entertainment television shows and interactive television entertainment programs for distribution via audio and visual media, and electronic means; production and distribution of sound and video recordings; providing a non-downloadable computer game that may be accessed by users on a global network and/or the internet; providing a non-downloadable computer game that may be accessed network-wide by network users; providing age ratings for television, movie, music, video and video game content; providing entertainment information; providing entertainment information via a website; providing information in the field of entertainment; providing entertainment information to game players about the ranking of their scores of games through web sites; providing nondownloadable interactive multi-player computer games via the internet and electronic communication networks; providing online electronic newsletters in the field of computer games via e-mail; providing temporary use of non-downloadable games on the Internet; providing temporary use of non-downloadable games on the Internet for the gaming industry; providing temporary use of online computer games; providing temporary use of online computer games for the gaming industry; providing online electronic publications, not downloadable in the nature of books, magazines, journals, manuals and periodicals in the field of games and gaming; providing online electronic publications in the nature of books, magazines, journals, manuals and periodicals in the field of games and gaming; providing online entertainment in the nature of game tournaments; providing online entertainment in the nature of game tournaments for the gaming industry; providing online games; providing online games for the gaming industry; providing online information in the field of computer games entertainment; providing online information in the field of computer games entertainment for the gaming industry; providing online information on computer and video game strategies; providing online information on computer and video game strategies for the gaming industry; providing on-line interactive computer games; providing on-line interactive computer games for the gaming industry; providing online magazines, not downloadable, featuring information in the field of computer games; providing online magazines, not downloadable, featuring information in the fields of computer games and gaming; providing on-line non-downloadable audio content, namely, audio recordings in the field of computer games and gaming; providing on-line non-downloadable audio recordings in the field of games and gaming; providing on-line non-downloadable video recordings in the field of computer games and gaming; providing on-line non-downloadable video recordings in the field of games and gaming; providing online computer video games; providing online computer video games for the gaming industry; providing online videos, not downloadable in the field of games and gaming; providing online videos, not downloadable featuring games and gaming; providing temporary use of online non-downloadable games; providing temporary use of online non-downloadable games featuring games and gaming; [ providing user authentication services using single sign-on technology for online software applications; ] provision of an online magazine featuring information in the field of computer games; provision of online games by means of local computer networks, global computer networks, the Internet, cable or wire communications services, wireless telecommunications services and broadband telecommunications services; provision of online games by means of local computer networks, global computer networks, the Internet, cable or wire communications services, wireless telecommunications services and broadband telecommunications services for the gaming industry; provision of temporary use of non-downloadable games on the Internet; provision of online computer games; provision of online information in the field of computer games entertainment; provision of online information relating to game players; publication of catalogues; publication of catalogues in the fields of games and gaming; publication of educational and training guides; publication of educational and training guides in the fields of games and gaming; publication of multimedia material online relating to books, magazines, journals, software, games, music, and electronic publications; publication of periodicals, catalogues and brochures; publication of periodicals, catalogues and brochures in the fields of games and gaming; publishing of newsletters; publishing of newsletters in the fields of games and gaming; rental of computer games; rental of computer games for the gaming industry; rental of printed publications, namely, lending of printed publications; rental of printed publications in the fields of games and gaming,