IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **Jagex Limited,**<br><br>*Plaintiff,*<br><br>v.<br><br>**A boat on a quiet lake, *et al.,***<br><br>*Defendants.* | **SEALED**<br><br>Civil Action No. |

### PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL

Plaintiff Jagex Limited, by and through undersigned counsel and pursuant to Rule 5.2(d) of the Federal Rules of Civil Procedure, the Court's Local Rules, and Northern District of Georgia Standing Order 19-01, hereby respectfully moves for entry of an Order granting Plaintiff leave to file its Summonses, Complaint, Motion for *Ex Parte* Temporary Restraining Order and Asset Freeze Order, Motion for Authorization to Serve Process on Defendants by Electronic Means, supporting memoranda, supporting declarations, supporting exhibits, and proposed orders under seal.

In support of this Motion, Plaintiff submits the accompanying Memorandum of Law and Declaration of Jeffrey B. Sladkus, filed concurrently herewith. A proposed order is also attached for the Court's convenience.

Dated: October 7, 2025.

>Respectfully submitted,
>THE SLADKUS LAW GROUP
>
>*s/ Jason H. Cooper*
>Carrie A. Hanlon
>Ga. Bar No. 289725
>E-mail: carrie@sladlaw.com
>Jason H. Cooper
>Ga. Bar No. 778884
>E-mail: jason@sladlaw.com
>
>1397 Carroll Drive
>Atlanta, GA 30318
>Telephone: (404) 252-0900
>Facsimile: (404) 252-0970
>
>***Attorneys for Plaintiff***