IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **Jagex Limited,**  *Plaintiff,*  v.  **A boat on a quiet lake,** *et al.,*  *Defendants.* | **SEALED**  Civil Action No. |

**[PROPOSED]
ORDER GRANTING PLAINTIFF'S MOTION
FOR LEAVE TO FILE UNDER SEAL**

THIS CAUSE has come before the Court on Plaintiff Jagex Limited's Motion for Leave to File Under Seal (the "Motion"), and the Court, having considered the Motion and the arguments therein, finds Plaintiff has demonstrated good cause for this action to be temporarily sealed.

Accordingly, Plaintiff's Motion is hereby **GRANTED**, and the Court **ORDERS** as follows:

Plaintiff's Summonses, Complaint, Motion for *Ex Parte* TRO and Asset Freeze Order, Motion for Authorization to Serve Process on Defendants by Electronic Means, memoranda supporting Plaintiff's motions, declarations supporting Plaintiff's motions, supporting exhibits, and proposed orders, shall be sealed until the Court has had an opportunity to consider and has ruled on

Plaintiff's Motion for *Ex Parte* TRO and Asset Freeze Order, and, if granted, Plaintiff has notified all Defendants and third parties of their obligations. The identity of all parties to this action shall also be sealed and not entered on the public record until such time as Plaintiff has notified all Defendants and third parties of their obligations under any TRO or similar order of this Court resulting from Plaintiff's initial pleadings, motions and supporting documents.

If the Court grants Plaintiff's Motion for *Ex Parte* TRO and Asset Freeze Order, Plaintiff is further ORDERED to notify the Court when it has served Defendants, financial institutions, and Marketplaces with a copy of the Order, at which time, this action shall no longer remain under seal, and all judicial records pertaining thereto shall be made publicly available.

**SO ORDERED** this _____ day of _____, 2025.

_____
**UNITED STATES DISTRICT JUDGE**