# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| **Jagex Limited,** | |
| *Plaintiff*, | |
| v. | Civil Action No.: 1:25-cv-5759-MHC |
| **A boat on a quiet lake, *et al.,*** | |
| *Defendants*. | |

## <u>NOTICE OF VOLUNTARY DISMISSAL</u>

Plaintiff Jagex Limited, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses this action against the following Defendants without prejudice, with each party to bear its own attorneys' fees and costs:

1. Cudor Yooli;

2. Graerry;

3. Happy Home DIY; and

4. lzqlln.

Dated: November 2, 2025.

Respectfully submitted,
THE SLADKUS LAW GROUP

*s/ Carrie A. Hanlon*
Carrie A. Hanlon
Ga. Bar No. 289725
E-mail: carrie@sladlaw.com

Jason H. Cooper
Ga. Bar No. 778884
E-mail: jason@sladlaw.com

1397 Carroll Drive
Atlanta, Georgia 30318
Telephone: (404) 252-0900
Facsimile: (404) 252-0970

***Attorneys for Plaintiff***