IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **Jagex Limited,**<br><br>*Plaintiff,*<br><br>v.<br><br>**A boat on a quiet lake,** *et al.,*<br><br>*Defendants.* | Civil Action No.: 1:25-cv-5759-MHC |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Jagex Limited, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses this action against the following Defendants without prejudice, with each party to bear its own attorneys' fees and costs:

1. Cheerful Studio;
2. domit;
3. ElderGentClassics;
4. Funny Leisure;
5. LT Premium Choice;
6. Peace DIY;
7. Peace Diy Mouse; and
8. Senxiao Tea home.

1

Dated: November 9, 2025.

                                         Respectfully submitted,
                                         THE SLADKUS LAW GROUP

                                         *s/ Carrie A. Hanlon*
                                         Carrie A. Hanlon
                                         Ga. Bar No. 289725
                                         E-mail: carrie@sladlaw.com
                                         Jason H. Cooper
                                         Ga. Bar No. 778884
                                         E-mail: jason@sladlaw.com

                                         1397 Carroll Drive
                                         Atlanta, Georgia 30318
                                         Telephone: (404) 252-0900
                                         Facsimile: (404) 252-0970

                                         ***Attorneys for Plaintiff***